1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

| | | |
|---|---|---|
| 11  LORENZO STEWART, | ) | Case No. C 14-2625 LHK (PR) |
| 12            Plaintiff, | ) | **ORDER OF DISMISSAL** |
| 13      v. | ) | |
| 14  J. CARZON, | ) | |
| 15            Defendant. | ) | |
| 16 _____ | ) | |

17    On June 6, 2014, plaintiff, proceeding *pro se*, filed a federal civil rights action.  That

18  same day, the clerk notified plaintiff that he had not paid the filing fee, nor had he filed an

19  application to proceed in forma pauperis ("IFP").  (Docket No. 3.)  Along with the deficiency

20  notice, plaintiff was provided with an IFP application and instructions for completing it.

21  Plaintiff was further cautioned that his failure to file a completed IFP application or pay the

22  filing fee within twenty-eight days would result in the dismissal of this action.  More than

23  twenty-eight days have passed and plaintiff has not paid his filing fee or filed a completed IFP

24  application.  Thus, the instant action is **DISMISSED** without prejudice.  The clerk shall

25  terminate all pending motions, enter judgment, and close the file.

26    IT IS SO ORDERED.

27  DATED: _____7/16/14_____

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

28

Order of Dismissal
P:\PRO-SE\LHK\CR.14\Stewart625disifp.wpd