IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LORENZO STEWART, | ) | Case No. C 14-2625 LHK (PR) |
| Plaintiff, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| J. CARZON, | ) ) | |
| Defendant. | ) ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/16/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\CR.14\Stewart625jud.wpd