**FILED**

JAN 05 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO STEWART,<br><br>        Plaintiff,<br><br>v.<br><br>J. CARZON,<br><br>        Defendant. | No. C 14-2625 LHK (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On June 6, 2014, plaintiff, a California state prisoner proceeding *pro se*, filed a federal civil rights complaint, pursuant to 42 U.S.C. § 1983. On October 6, 2014, the court granted plaintiff leave to proceed in forma pauperis and dismissed plaintiff's complaint with leave to amend. The court directed plaintiff to file an amended complaint within thirty days. On October 29, 2014, the order granting in forma pauperis and the order dismissing the complaint with leave to amend were returned to the court as undeliverable because plaintiff could not be located.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* Civil L.R. 3-11(b).

Order of Dismissal Without Prejudice
P:\PRO-SE\LHK\CR.14\Stewart625dis311.wpd

More than sixty days have passed since the mail sent to plaintiff by the court was returned as undeliverable on October 29, 2014. The court has not received a notice from plaintiff of a new address. Accordingly, the instant complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: 1/2/15

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal Without Prejudice
P:\PRO-SE\LHK\CR.14\Stewart625dis311.wpd            2